[No. 48014-0-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. CLINTON LAVERNE KING, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00491-4, Christopher Melly, J., entered September 8, 2015. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 48016-6-II. Division Two. November 15, 2016.]

MARK AVOLIO ET AL., *Appellants*, v. CEDARS GOLF, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-01546-3, Robert A. Lewis, J., entered September 4, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Bjorgen, C.J., and Maxa, J.

[No. 48125-1-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. M.B., JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-8-00481-1, Daniel L. Stahnke, J., entered September 23, 2015. *Reversed* and *remanded* by unpublished opinion per Lee, J., concurred in by Worswick and Sutton, JJ.

[No. 48227-4-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RITA E. MADRIGAL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 15-1-00292-9, Daniel Goodell, J., entered October 5, 2015. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Johanson, J.